IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:21-CR-00372-02 |
| v. | (Chief Judge Brann) |
| MICHELLE GREENWOOD, | |
| Defendant. | |

## MOTION TO WITHDRAW PLEA

NOW, this 7th day of April 2023, the defendant in the above captioned case, in open court, moves the court to be permitted to withdraw her plea of NOT GUILTY and to enter a plea of GUILTY to Count One of the Indictment, filed on December 1, 2021.

_____
Defendant

_____
Defense Counsel

## ORDER

NOW, this 7th day of April 2023, the motion is **GRANTED**.

_____
Matthew W. Brann
Chief United States District Judge

NOW, this 7th day of April 2023, the defendant, Michelle Greenwood, in open court enters her plea of **GUILTY** to Count One of the Indictment.

_____
Defendant

_____
Defense Counsel